# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11 cv 51

| | |
|---|---|
| **BETTY JENKINS,** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| **WELLS FARGO FINANCIAL SOUTH** ) | |
| **CAROLINA, INC.,** ) | |
| ) | |
|     **Defendant.** ) | |

**THIS MATTER** coming on before the court's own motion pursuant to a review of the file in this cause. The review has shown that an Answer was filed by defendant on February 4, 2011. LCvR 16.1(A) provides that not later than fourteen (14) days after joinder of the issues, the parties or their counsel shall confer and conduct an Initial Attorney's Conference. Within five (5) days after the Initial Attorney's Conference, the parties are required by LCvR 16.1(B) to complete and file a Certification of Initial Attorney's Conference which is to include a proposed discovery plan. The Certification of Initial Attorney's Conference was required by the Local Rules to be filed on or before February 23, 2011. A review of the file does not show such a filing. The undersigned will require the parties to comply with LCvR 16.1 on or before April 15, 2011.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the parties in this matter shall comply

with LCvR 16.1(A) & (B) and file with the court a Certification of Initial Attorney's Conference no later than **April 15, 2011.**

Signed: April 5, 2011

Dennis L. Howell
United States Magistrate Judge